NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARIAN M. WRIGHT,                    )
                                     )
                  Appellant,         )
                                     )
v.                                   )        Case No.  2D17-4939
                                     )
STATE OF FLORIDA,                    )
                                     )
                  Appellee.          )
_____)

Opinion filed June 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


                  Affirmed.



VILLANTI, KHOUZAM, and CRENSHAW, JJ., Concur.